No. 49612.—Protest 44892–K of Wing Chong Lung Co. (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that passed upon in Oy Wo Tong (5 Cust. Ct. 70, C. D. 372) the claim for free entry under paragraph 1669 was sustained.

No. 49613.—Protests 65291–K (A), etc., of E. W. J. Hearty, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the issue and the merchandise are the same as those involved in United States v. Hearty (31 C. C. P. A. 106, C. A. D. 257), the claim that the merchandise should have been assessed on the weight of the meat alone was sustained.

No. 49614.—Protests 975728–G, etc., of A. Hartog & Co. et al. (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstracts 42146 and 42309. The protests were therefore sustained to this extent.

No. 49615.—Protest 899819–G of California Importing Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel an allowance of 2½ percent was made by the court on certain Reggiano cheese similar to that involved in Abstracts 42146 and 42309, and an allowance was also made for the weight of paper or foil, or both, in which certain cheese was wrapped following Abstracts 36724, 38185. Protest sustained to this extent.

No. 49616.—Protests 76306–K, etc., of Stone & Downer Co. (Boston).

Opinion by KEEFE, J. It was stipulated that the gutta-percha is the same in all material respects as that passed upon in United States v. United States Rubber Co. (31 C. C. P. A. 174, C. A. D. 269). In accordance therewith the claim for free entry under paragraph 1697 was sustained.

No. 49617.—Protests 109181–K, etc., of Asche-Bandor Corp. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.